IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv143

| | |
|---|---|
| AGNES L. PINKNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | JUDGMENT |
| ) | |
| ABSOLUTE COLLECTION SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Entry of Default Judgment. Review of the affidavit of counsel submitted herein reveals that judgment for a sum certain can be entered as 15 U.S.C. § 1692k(a)(2) (2) provides for statutory damages not exceeding $1,000, based on a consideration of the factors in § 1692k(b)(1). Based on the alleged frequency and persistence of noncompliance by the debt collector, the nature of such noncompliance, and the extent to which such noncompliance was intentional, as demonstrated in the Complaint and further detailed in the affidavit, the court finds the maximum penalty allowed by statute is appropriate. Having considered plaintiff's motion and reviewed the pleadings,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that plaintiff's Motion for Entry of Default Judgment (#9) is **GRANTED,** and **JUDGMENT** is entered in favor of plaintiff and against defendant in the amount of $1,000.00.

Signed: May 11, 2012

Max O. Cogburn Jr.
United States District Judge